UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:25-cr-00089-1

PAUL CHARLES CLEMENT

## ORDER

On October 28, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The Indictment charges the Defendant with knowingly failing to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250. [ECF 4]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on October 28, 2025. [ECF 33]. Objections in this case were due on November 14, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 33**]. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and his counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   December 15, 2025

Frank W. Volk
Chief United States District Judge